## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 808 MAL 2016

              Respondent   :

                     :   Petition for Allowance of Appeal from
                     :   the Order of the Superior Court
         v.              :

KEVIN PENO,   :

              Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.